United States District Court
Southern District of Texas
**ENTERED**
February 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LOYD LANDON SORROW, § § Plaintiff, § § VS. § UNITED STATES OF AMERICA, *et al*, § § Defendants. § § § § | CIVIL ACTION NO. 2:20-CV-169 |

## ORDER OVERRULING PLAINTIFF'S OBJECTIONS

The Magistrate Judge denied (D.Es. 6, 29) Plaintiff Loyd Landon Sorrow's motion for judicial notice (D.E. 2) and renewed motion for judicial notice (D.E. 24). Pending before the Court are Sorrow's objections. (D.E. 9; 23, p. 2–3; 31, p. 1). After careful review, the Court finds that the Magistrate Judge's decision is neither clearly erroneous nor contrary to law. 28 U.S.C. § 636(b)(1)(A); FED. R. CIV. P. 72(a). Sorrow's objections are OVERRULED.

ORDERED this 9th day of February, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE