United States District Court
Southern District of Texas
**ENTERED**
July 21, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LOYD LANDON SORROW, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:20-CV-169 |
| § | |
| UNITED STATES OF AMERICA, *et al*, § | |
| § | |
| Defendants. § | |

# **ORDER**

On February 9, 2021, the Court entered final judgment in this action, dismissing it with prejudice. D.E. 34. On June 17, 2021, the Court denied Plaintiff's motion to alter or amend the judgment. D.E. 39. Now before the Court is Plaintiff's "'Objection' and Motion for 'Findings of Facts and Conclusions of Law'" (D.E. 41). The Court's findings of fact and conclusions of law are already contained in the Magistrate Judge's memoranda and recommendations (M&Rs) and the Court's adoption of the M&Rs. Plaintiff is not entitled to any additional findings or conclusions. Plaintiff further objects to the decision, rearguing the merits of his claims. His arguments are not timely and are not appropriate subjects for a further motion to alter or amend the judgment under Federal Rule of Civil Procedure 60. The motion is DENIED.

ORDERED this 21st day of July, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE